| | | |
|---|---|---|
| 7/16/2013 | TUESDAY | Judge Elizabeth L Perris |
| 11:00 AM<br>TEL HRG | ■ 13-32768 elp 7 | Damon Scott Millican |

Notice and Motion to Redeem and Supporting Document(s). Filed by Debtor Damon Scott Millican (PITEO, THEODORE) (15)

Damon Scott Millican - db     MICHAEL D O BRIEN ✓
                              THEODORE J PITEO ✓
Rodolfo A Camacho - tr        Caro ✓

**Evidentiary Hearing:**    Yes: ☐    No: ☐

Cont to 8/28/13 1:30 pm (2 hr). Evidentiary trial.

Order to be prepared by: ☐ clerk's office   ☐ chambers   ☐ _____

DOCKET ENTRY: